KATHRYN O'REILLY, Doing Business under the Name of T. P. GALLIGAN'S SONS, Appellant, *v.* PATRICK GALLAGHER, Respondent, Impleaded with Others.

*O'Reilly* v. *Gallagher,* 138 App. Div. 907, affirmed.
(Submitted October 13, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 25, 1910, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Adrian T. Kiernan* for appellant.

*Louis B. Hasbrouck* and *Frederick J. Moses* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.